No. 82–1471. DEPARTMENT OF REVENUE OF MONTANA v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF MISSOULA ET AL. Sup. Ct. Mont. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–1631. POTAMKIN CADILLAC CORP. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would award respondent damages pursuant to this Court's Rule 49.2.

No. 82–1770. NATIONAL ENQUIRER, INC. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (JONES ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 82–6448. HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.